KIMBALL v. BARNGROVER *et al.*

Appeal Not Perfected : DISMISSAL.

*Appeal from Taylor District Court.*—HON. JOHN W. HARVEY, Judge.

FILED, MAY 24, 1890.

THIS appears to be an action for the foreclosure of a mortgage. A decree was entered for the plaintiffs, and the cause is presented here by the defendants.

*J. E. Barngrover,* for defendants

No appearance for plaintiff.

ROTHROCK, C. J.—The record presented upon the submission of the cause does not show that an appeal was taken from the decree of the district court. Without some showing that an appeal was taken, we have no jurisdiction to determine the cause and it is, therefore,

DISMISSED.